No. 97–5399. STEPHENS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL.; STEPHENS v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL.; STEPHENS

*v.* NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION, ET AL.; STEPHENS *v.* REPUBLIC TOBACCO CO.; and STEPHENS *v.* NEWBERRY ET AL. C. A. 8th Cir. Certiorari denied.